**Leonid MIKITYANSKIY, Plaintiff–Appellant,**

**v.**

**THERMIONICS, INC., Defendant–Appellee.**

**No. 2012–1406.**

United States Court of Appeals, Federal Circuit.

Dec. 21, 2012.

Leonid G. Mikityanskiy, Law Offices of Leo Mikityanskiy, P.C., of Brooklyn, New York, argued for plaintiff-appellant.

Stephen M. Schaetzel, McKeon, Meunier, Carlin & Curfman, LLC, of Atlanta, GA, argued for defendant-appellee. With him on the brief was Robin L. Gentry.

NEWMAN, PROST, and O'MALLEY, Circuit Judges.

### JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is

ORDERED AND ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**